Opinion issued August 29, 2002


 

 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00354-CV

____________


WEBSTER, LARRY K., Appellant


V.


KEVIN MOORE, ET AL, Appellees






On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 0124853






O P I N I O N

 On June 18, 2002, this Court issued an order advising appellant that it appeared
to the Court that his notice of appeal was filed 22 days late. The order notfied
appellant that unless within 30 days of the date of the order, he demonstrated to the
Court that his notice of appeal was timely filed, his appeal would be dismissed.

 The deadline for making such demonstration has passed and appellant has not
responded to the Court's order.

 Accordingly, appellant's appeal is dismissed for want of jurisdiction. See
McCaskell v. The Methodist Hosp., 856 S.W.2d 519, 521 (Tex. App.--Houston [1 st
Dist.] 1993, no writ).

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.